In the Matter of WILLIAM W. BROWNE, Appellant, against INCORPORATED VILLAGE OF HEMPSTEAD et al., Respondents.

Argued February 19, 1945; decided April 5, 1945.

*Thomas F. Hyland* for appellant.
*Milton Pinkus* for respondents.

Appeal dismissed, without costs, on the ground that the asserted constitutional question discussed by the appellant is not presented by the record.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.